\*FOR PUBLICATION\*                                                                    \*JUDGMENT\*

```
IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
           DIVISION OF ST. CROIX
           APPELLATE DIVISION
```

FERNANDO ASCENCIO,            ) D.C. CRIM. APP. NO. 2007/0013
                              )
            Appellant,        ) Sup.Ct.Civ.No. 86/2006
                              )
        v.                    )
                              )
PEOPLE OF THE VIRGIN ISLANDS, )
                              )
            Appellee.         )
                              )

On Appeal from the Superior Court of the Virgin Islands

Considered: July 10, 2009
Filed: November 10, 2010

BEFORE:   **CURTIS V. GÓMEZ**, Chief Judge, District Court of the Virgin Islands; **RAYMOND L. FINCH**, Judge of the District Court of the Virgin Islands; and **AUDREY L. THOMAS**, Judge of the Superior Court of the Virgin Islands, sitting by designation.

ATTORNEYS:

**Debra Watlington, Esq.**
St. Croix, U.S.V.I.
    Attorneys for Appellant,

**Elliott M. Davis, Esq.**
St. Thomas, U.S.V.I.
    Attorneys for Appellees.

**Per Curiam.**

|   | **Judgment** |   |
|---|---|---|

AND NOW, for the reasons more fully stated in the Memorandum Opinion filed on even date, it is hereby

ORDERED that Fernando Ascencio's conviction is **AFFIRMED**.

SO ORDERED this *10* day of **November, 2010.**

ATTEST:

WILFREDO F. MORALES
Clerk of the Court

By: *[signature]*
Deputy Clerk